SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ANDRE ACEVEZ, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION, <br><br> Defendant. | Case No.: 5:16-cv-05718-NC <br><br> NOTICE OF SETTLEMENT WITH BANK OF AMERICA, NATIONAL ASSOCIATION |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Andre Acevez and defendant Bank of America, National Association, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties anticipate that this matter will be dismissed within 30 days.

                                                **Sagaria Law, P.C.**

Dated:   March 22, 2017                      /s/ *Elliot Gale*
                                                Elliot Gale
                                                Attorneys for Plaintiff