1  Scott J. Sagaria (SBN 217981)
   Elliot W. Gale (SBN 263326)
2  Joe Angelo (SBN 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Pl., 5th Floor
   San Jose, CA 95110
4  Telephone:  (408) 279-2288
   Facsimile:  (408) 297-2299
5
   Attorneys for Plaintiff
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ANDRE ACEVEZ,                              Case No.: 5:16-cv-05718-NC

12             Plaintiff,

13      v.                                     **STIPULATED REQUEST FOR
                                               DISMISS OF DEFENDANT BANK OF
14                                             AMERICA, NATIONAL
    BANK OF AMERICA, NATIONAL                  ASSOCIATION; [~~PROPOSED~~] ORDER**
15  ASSOCIATION,

16             Defendant.

17

18

19      **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20      IT IS HEREBY STIPULATED by and between plaintiff Andre Acevez and defendant

21  Bank of America, National Association, by and through their respective counsel, that Bank of

22  America, National Association be dismissed from this action with prejudice pursuant to Federal

23  Rules of Civil Procedure, Section 41(a)(2), and that each party shall bear its own attorneys'

24  fees and costs.

25  //

26  //

27  //

28  //

STIPULATED REQUEST FOR DISMISS OF DEFENDANT BANK OF AMERICA, NATIONAL
ASSOCIATION; [~~PROPOSED~~] ORDER -1-

DATED: March 29, 2017

**Sagaria Law, P.C.**

By:     */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Andre Acevez

DATED: March 29, 2017

**McGuire Woods, LLP**

By:     */s/ Raymond William Berry*
Raymond William Berry
Attorney for Defendant Bank of America,
National Association

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Andre Acevez has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Bank of America, National Association is dismissed with prejudice.

IT IS SO ORDERED.

DATED:     March 30, 2017

Magistrate Judge Nathanael M. Cousins
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins

STIPULATED REQUEST FOR DISMISS OF DEFENDANT BANK OF AMERICA, NATIONAL
ASSOCIATION; [~~PROPOSED~~] ORDER -2-